

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

February 8, 2012

The Honorable William F. Kuntz
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      Re:  <u>United States v. Admir Kacamakovic
          Criminal Docket No. 11-802 (WFK)</u>

Dear Judge Kuntz:

      As reflected in the government's Rule 16 letter, discovery in the above-referenced case was forwarded to the defense on January 27, 2012.  This material was not forwarded as the government had anticipated by January 13, 2012, because, as defense counsel was informed prior to receipt, one of the investigators in possession of much of this material was unexpectedly unavailable for a period of time due to a family emergency.

      As the Rule 16 letter reflects the discovery in this matter is not voluminous and the delayed discovery should not impede the resolution of this matter.

                                 Respectfully submitted,

                                 LORETTA E. LYNCH
                               UNITED STATES ATTORNEY

                By:        /s/
                      Michael H. Warren
                      Assistant U.S. Attorney
                      (718) 254-6355

cc:  Michael Rosen, Esq. (By ECF)
     Clerk of the Court (WFK) (By ECF)